UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHINDER SINGH,
a/k/a "Vinnie Singh,"

Defendant.
______________________________/

No. 1:26-cr-

INDICTMENT
**PENALTY SHEET**

**COUNT 1: Theft or Conversion of Public Money** – 18 U.S.C. § 641

**Maximum penalty:** Not more than ten years in prison and a fine of $250,000 or twice the gross gain or gross loss, whichever is greater [18 U.S.C. § 3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Removal, denial of citizenship, and/or denial of admission to the United States in the future

**COUNTS 2-10: SNAP Benefits Fraud** – 7 U.S.C. § 2024(b)

**Maximum penalty:** Not more than five years in prison and a fine of $250,000 or twice the gross gain or gross loss, whichever is greater [18 U.S.C. § 3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: May be ordered [18 U.S.C. § 3663]

**Other**: Removal, denial of citizenship, and/or denial of admission to the United States in the future

**FORFEITURE**

Date: September 15, 2026

/s/ Christopher M. O'Connor
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046